UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 28 P 2: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PATRICK RYAN,<br>　　　Plaintiff,<br><br>v.<br><br>INDEPENDENCE ASSOCIATES, INC.,<br>and CONSTANCE GALLANT,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No.:

04 - 11470 MLW

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter our appearance for the defendants, Independence Associates, Inc., and Constance Gallant in connection with the above-captioned matter.

The Defendants,
Independence Associates, Inc.,
Constance Gallant,
By their Attorneys,

James J. Duane, III
B.B.O. #136500
Andrew Weiner
B.B.O. #655170
TAYLOR, DUANE, BARTON
　& GILMAN, LLP
111 Devonshire Street
Boston, MA  02109
Tel. (617) 654-8200
FAX (617) 482-5350