UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

| | |
|---|---|
| PATRICK RYAN,<br>　　　Plaintiff,<br><br>v.<br><br>INDEPENDENCE ASSOCIATES, INC.,<br>and CONSTANCE GALLANT,<br>　　　Defendantss. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2004 JUL -b P 4: 14

C.A. No.: 04-11470 (MLW)
U.S. DISTRICT COURT
DISTRICT OF MASS.

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, INDEPENDENCE ASSOCIATES, INC.

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, Independence Associates, Inc. hereby states that there is no parent corporation or other publicly held company that owns 10% or more of stock in Independence Associates, Inc.

The Defendant,
Independence Associates, Inc.,
By its Attorneys,

James J. Duane, III
B.B.O. #136500
Andrew Weiner
B.B.O. #655170
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
111 Devonshire Street
Boston, MA  02109
Tel. (617) 654-8200
FAX (617) 482-5350

## CERTIFICATE OF SERVICE

I, Andrew R. Weiner, hereby certify that on July 2, 2004, I caused a copy of the Corporate Disclosure Statement of the defendant, Independence Associates, Inc. to be served upon counsel for plaintiff by first class mail, postage prepaid to Paul F. Lorincz, Coogan, Smith, McGahan, Lorincz, Jacobi & Shanley, LLP, 144 Bank Street, P.O. Box 2320, Attleboro, MA 02703, attorney for the plaintiff.

Andrew R. Weiner