Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

FILED
IN CLERKS OFFICE

## BRCV2004-00597
### Ryan v Independence Associates, Inc. et al

'04 JUL -7 P 12:28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 06/01/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 07/06/2004 | **Session** | A - CtRm 1 - (Fall River) | | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 08/30/2004 | **Answer** | 10/29/2004 | **Rule12/19/20** | 10/29/2004 |
| **Rule 15** | 10/29/2004 | **Discovery** | 03/28/2005 | **Rule 56** | 04/27/2005 |
| **Final PTC** | 05/27/2005 | **Disposition** | 07/26/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Patrick Ryan
2 Weaver Street
Fall River, MA 02720
Active 06/01/2004

**Private Counsel 305120**
Paul F Lorincz
Coogan Smith Bennett McGahan et al
144 Bank Street
PO Box 2320
Attleboro, MA 02703
Phone: 508-222-0002
Fax: 508-222-9095
Active 06/01/2004 Notify

**Defendant**
Independence Associates, Inc.
10 Oak Street, 2nd Floor
Taunton, MA 02780
Served: 06/07/2004
Served (answr pending) 06/17/2004

**Private Counsel 136500**
James J Duane III
Taylor Duane Barton & Gilman
111 Devonshire Street, 5th Floor
Boston, MA 02109
Phone: 617-654-8200
Fax: 617-482-5350
Active 06/30/2004 Notify

**Private Counsel 655170**
Andrew Weiner
Taylor Duane Barton & Gilman
111 Devonshire Street, 5th Floor
Boston, MA 02109
Phone: 617-654-8208
Fax: 617-482-5350
Active 06/30/2004 Notify

**Defendant**
Constance Gallant, IA's Executive Director
10 Oak Street, 2nd Floor
Taunton, MA 02780
Served: 06/07/2004
Served (answr pending) 06/17/2004

**Private Counsel 136500**
James J Duane III
Taylor Duane Barton & Gilman
111 Devonshire Street, 5th Floor
Boston, MA 02109
Phone: 617-654-8200
Fax: 617-482-5350
Active 06/30/2004 Notify

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-00597
### Ryan v Independence Associates, Inc. et al

Private Counsel 655170
Andrew Weiner
Taylor Duane Barton & Gilman
111 Devonshire Street, 5th Floor
Boston, MA 02109
Phone: 617-654-8208
Fax: 617-482-5350
Active 06/30/2004 Notify

Other interested party
FILE COPY
Active 06/01/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/01/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 06/01/2004 | | Origin 1, Type B22, Track F. |
| 06/17/2004 | 2.0 | SERVICE RETURNED (summons): Independence Associates, Inc., service made on June 07, 2004 (agent in charge service: Constance Gallant) |
| 06/17/2004 | 3.0 | SERVICE RETURNED (summons): Constance Gallant, IA's Executive Director, service made on June 07, 2004 (in hand) |
| 06/30/2004 | 4.0 | Attys. James J. Duane ,III, and Andrew Weiner's notice of appearances for Independence Associates, Inc., and Constance Gallant, IA's Executive Director |
| 06/30/2004 | 5.0 | Notice for Removal to the United States District Court filed by Independence Associates, Inc., and Constance Gallant, IA's Executive Director |
| 07/06/2004 | | Case REMOVED this date to US District Court of Massachusetts with (04-11470MLW) endorsement thereon |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 06/01/2004 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One-trial Review | Event held as scheduled |

A True Copy By Photostatic Process
Attest:

*[signature]*

Asst. Clerk of Courts