UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK RYAN,<br>    Plaintiff,<br><br>v.<br><br>INDEPENDENCE ASSOCIATES, INC.,<br>and CONSTANCE GALLANT,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 04-11470 (MLW) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 30, 2004, counsel for the defendants, Independence Associates, Inc. and Constance Gallant, in the above action, have moved their offices to:

Taylor, Duane, Barton & Gilman, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
617-654-8200
617-482-5350 - fax

The Defendants,
Independence Associates, Inc.
 and Constance Gallant,
By its Attorneys,

_____
James J. Duane, III
B.B.O. #136500
Andrew Weiner
B.B.O. #655170
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
160 Federal Street, 5th Floor
Boston, MA  02110
Tel. (617) 654-8200
FAX (617) 482-5350

### CERTIFICATE OF SERVICE

I, Andrew R. Weiner, hereby certify that on August 26, 2004, I served a copy of the above pleading upon all counsel of record.

_____
Andrew R. Weiner