UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK RYAN,<br> Plaintiff,<br><br>v.<br><br>INDEPENDENCE ASSOCIATES, INC.,<br>and CONSTANCE GALLANT,<br> Defendants. | C.A. No.: 04-11470 (MLW) |

## CERTIFICATION OF COUNSEL AND PARTIES
## PURSUANT TO LOCAL RULE 16.1(D)(4)

We certify that we have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs.

The Defendants,
Independence Associates, Inc.
and Constance Gallant

By Their Attorneys,

_[signature]_

James J. Duane, III
B.B.O. #136500
Andrew R. Weiner
B.B.O. # 655170
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
160 Federal Street
Boston, MA  02110
(617) 654-8200

The Defendants' Insurer,
United States Liability Insurance Group,

By its Claim Representative,

_[signature]_

Sean T. McKernan
Claims Counsel
UNITED STATES LIABILITY
INSURANCE GROUP
190 South Warner Road
Wayne, PA 19087
(610) 902-9550

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on December 2, 2004.

_____
Andrew R. Weiner