UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK RYAN,
    Plaintiff

vs.                                                 C.A. NO. 04-11470 (MLW)

INDEPENDENCE ASSOCIATES, INC.,
and CONSTANCE GALLANT,
    Defendants

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

PATRICK RYAN
By his attorneys,

_____
Paul F. Lorincz/BBO# 305120
Coogan, Smith, McGahan, Lorincz,
Jacobi & Shanley, LLP
144 Bank St., P.O. Box 2320
Attleboro, MA  02703
(508) 222-0002

_____
Patrick Ryan
2 Weaver Street, Apt. 106
Fall River, MA 02720
(508) 965-6509

Date:  December 16, 2004

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served upon the attorney of record for each party by mail on December 16, 2004.

_____
Paul F. Lorincz

L:\GDL\PFL\PatrickRyan\Certification.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK RYAN,
    Plaintiff

vs.

INDEPENDENCE ASSOCIATES, INC.,
and CONSTANCE GALLANT,
    Defendants

C.A. NO. 04-11470 (MLW)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

PATRICK RYAN
By his attorneys,

_____
Paul F. Lorincz/BBO# 305120
Coogan, Smith, McGahan, Lorincz,
Jacobi & Shanley, LLP
144 Bank St., P.O. Box 2320
Attleboro, MA  02703
(508) 222-0002

_____
Patrick Ryan
2 Weaver Street, Apt. 106
Fall River, MA 02720
(508) 965-6509

Date: December 16, 2004

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served upon the attorney of record for each party by mail on December 16, 2004.

_____
Paul F. Lorincz

L:\GDL\PFL\PatrickRyan\Certification.doc