**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PATRICK RYAN
            Plaintiff(s)

                                                            CIVIL ACTION

        V.

                                                            NO. 04-11470 MLW

INDEPENDENCE ASSOCIATES, INC.
            Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

        After consultation with counsel and after consideration of the various alternative dispute resolution

programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to

_____ for the following ADR program:

_____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

  X     MEDIATION                      _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL            _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

        Upon notification of the time and place designated for the proceeding, counsel are directed to be

present with their clients or with appropriate settlement authority and to provide any written documentation

which may be required for the particular ADR program.    If counsel is engaged on trial or has any

scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other

counsel should be advised of the conflict immediately.

 JULY 28, 2005                          /s/ LEO T. SOROKIN
        DATE                            UNITED STATES MAGISTRATE JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | X | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(Order of Referral to ADR.wpd - 4/12/2000)
            [orefadr.]