UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK RYAN
      Plaintiff

    V.                                        CIVIL ACTION
                                               04-11470 MLW

INDEPENDENCE ASSOCIATES, INC.
CONSTANCE GALLANT
      Defendant

## NOTICE OF RESCHEDULING OF MEDIATION

The above entitled action has been referred to the Alternative Dispute Resolution

Program (ADR) and has been assigned to <u>M.J. Joyce London Alexander</u>, for the following ADR

process:

☐   SCREENING CONFERENCE     ☐   EARLY NEUTRAL EVALUATION

**X**   MEDIATION                   ☐   MINI-TRIAL

☐   SUMMARY JURY TRIAL        ☐   SETTLEMENT CONFERENCE

No later than five (5) days prior to the ADR session, each party is to furnish the ADR

provider with a memorandum describing the party's position concerning the issue(s) to be

resolved through ADR.  The memoranda shall not exceed twenty (20) pages, shall identify the

representatives of the parties who will be attending with decision making authority and shall be

served on all other parties.  The parties may also provide copies of pleadings or any other

information that may be helpful to the neutral and other parties in preparing for a productive

session.  Memoranda and other material submitted to the ADR provider shall NOT be filed with,

nor revealed to, the Court.

The ADR proceeding with principals present has been scheduled for **MEDIATION** on

**NOVEMBER 18, 2005 at 10:00 AM** in Courtroom <u>24</u> on the <u>7TH</u> floor of the United States

Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                              HONORABLE JOYCE LONDON ALEXANDER
                              U.S. MAGISTRATE JUDGE
                              By the Court:

<u>October 25, 2005</u>               <u>/S/ Jarrett Lovett                </u>
Date                                Courtroom Clerk