**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PATRICK RYAN
            Plaintiff(s)

V.

INDEPENDENCE ASSOCIATES, INC.
& CONSTANCE GALLANT
            Defendant(s)

CIVIL ACTION

NO. 04-CV-11470-MLW

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO MAGISTRATE JUDGE LEO T. SOROKIN

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On JANUARY 18, 2006 I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    _XX_ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ] Settled. Your clerk should enter a _____ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

1/18/06                                        /S/ Joyce London Alexander
DATE                                              ADR Provider

(ADR Report.wpd - 4/12/2000)                                                                  [adrrpt.]