UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK RYAN,<br>    Plaintiff,<br><br>v.<br><br>INDEPENDENCE ASSOCIATES, INC.,<br>and CONSTANCE GALLANT,<br>    Defendants. | C.A. No.: 04-11470 (MLW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that this action be dismissed with prejudice and without costs, all rights of appeal being waived.

| The Plaintiff,<br>Patrick Ryan,<br>By his Attorney,<br><br>_____<br>Paul F. Lorincz, Esq.<br>B.B.O. # 305120<br>COOGAN, SMITH, MCGAHAN,<br>LORINCZ, JACOBI & SHANLEY, LLP<br>144 Bank Street, P.O. Box 2320<br>Attleboro, MA 02703<br>Tel. (508) 222-0002<br>FAX (508) 222-9095 | The Defendants,<br>Independence Associates, Inc.<br>and Constance Gallant,<br>By their Attorneys,<br><br>_____<br>James J. Duane, III<br>B.B.O. #136500<br>Andrew Weiner<br>B.B.O. #655170<br>TAYLOR, DUANE, BARTON<br>& GILMAN, LLP<br>160 Federal Street, 5th Floor<br>Boston, MA 02110<br>Tel. (617) 654-8200<br>FAX (617) 482-5350 |